UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| TERRENCE SMITH, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | Case No. CV412-026 |
|  | ) |  |
| AL ST. LAWRENCE, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## REPORT AND RECOMMENDATION

On February 2, 2011, the Court ordered 28 U.S.C. § 2241 petitioner Terrence Smith to submit an amended § 2241 petition showing that he had exhausted his available state remedies. (Doc. 3.) He has not exhausted his remedies (docs. 4 & 5), but he has filed a motion for a continuance so that he may do so. (Doc. 4.) While the Court, for the purposes of this Report and Recommendation, **GRANTS** Smith's motion to proceed in forma pauperis (docs. 2 & 6), it **DENIES** his motion for a continuance (doc. 4). This case should be **DISMISSED** without

prejudice so that Smith may exhaust his state remedies. Once he has done so, he may submit a new § 2241 petition.

**SO REPORTED AND RECOMMENDED** this <u>23rd</u> day of March, 2012.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA